UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRIS LANGER,

    Plaintiff,

  v.

DOLLAR TREE STORES, INC, a Virginia Corporation; and Does 1-10,

    Defendants.

Case No.: 3:20-CV-05403-JCS

**ORDER**

### **ORDER**

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days. An initial case management conference is set for Dec. 18, 2020 at 2:00 PM. Date will be vacated if the dismissal is filed before this date.

**IT IS SO ORDERED.**

Dated: 10/13/2020

_____

HONORABLE JOSEPH C. SPERO

United States Magistrate Judge

Notice of Settlement      -1-      3:20-CV-05403-JCS